In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-052 CV


____________________



WILLIAM KNOKE, Appellant



V.



THERESE M. YUROSEK, COUNTY OF MONTGOMERY, 


CONROE INDEPENDENT SCHOOL DISTRICT, AND 


MONTGOMERY COUNTY MUNICIPAL UTILITY DISTRICT #7, Appellees






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause No. 02-09-05952 TX






MEMORANDUM OPINION (1)


 William Knoke, appellant, filed a motion to dismiss this appeal. The Court finds
that this motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal.

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 

 PER CURIAM


Opinion Delivered May 20, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.